Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ESCOBEDO,<br><br>    Petitioner,<br><br>vs.<br><br>LARRY SMALL, Warden,<br><br>    Respondent. | Case No. SACV 08-1281-PA (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 23, 2009

*/s/ Percy Anderson*

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE